IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Cesar Castillo, Inc., et al. v. Actavis Holdco U.S., Inc., et al.* | Civil Action No.<br><br>20-721 |

**DEFENDANT TORRENT PHARMA, INC.'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Torrent Pharma, Inc. states that it is a wholly owned subsidiary of Torrent Pharmaceuticals Limited and that no publicly held corporation owns 10% or more stock of either entity.

2

Dated: May 26, 2020

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

*/s/ Adam C. Hemlock*
Adam C. Hemlock
Scott T. Christopher
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310 8000
Fax: (212) 310 8007
Email: adam.hemlock@weil.com
scott.christopher@weil.com

*Counsel for Defendant Torrent Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/ Adam C. Hemlock*
Adam C. Hemlock
