IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Cesar Castillo, Inc., et al. v. Actavis Holdco US, Inc. et al.* | No. 2:20-cv-00721-CMR |

### DEFENDANTS WEST-WARD COLUMBUS INC. AND HIKMA LABS INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants West-Ward Columbus Inc. and Hikma Labs Inc. state that they are indirect, wholly-owned subsidiaries of Hikma Pharmaceuticals PLC, a publicly held corporation. Hikma Pharmaceuticals, PLC does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: July 20, 2020

Respectfully submitted,

/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
Connie Lee
Dennie B. Zastrow
Kaitlin L. Meola
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Jeffrey A. Carr
TROUTMAN PEPPER
HAMILTON SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I caused the foregoing Rule 7.1 Corporate Disclosure Statement to be filed electronically with the Clerk of Court for the Eastern District of Pennsylvania using the Court's ECF system, which will serve a copy on all interested parties registered for electronic filing, and that the document is available for viewing and downloading from the ECF System.

/s/ Dennie B. Zastrow
Dennie B. Zastrow